*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3398                Assigned/Issued By: AEE

Judge Name:                          Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

             ☐ IFP        ☐ No Fee     ☐ Other _____

             ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____            _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                    *(Date)*

_____

_____