# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ROHITKUMAR DESAI

v.

SARGENT & LUNDY, LLC

Case Number: 08CV3398

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT SARGENT & LUNDY, LLC

| | |
|---|---|
| NAME (Type or print)<br>    Harry Sangerman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Harry Sangerman | |
| FIRM<br>    Sangerman & Gilfillan, P.C. | |
| STREET ADDRESS<br>    1854 N. Burling Street | |
| CITY/STATE/ZIP<br>    Chicago, IL  60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    2456877 | TELEPHONE NUMBER<br>    (312) 867-1234 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |